IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00626-BNB

DERICK W. BRIGGS,

    Applicant,

v.

LAURIE L. STRONG,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Derick W. Briggs, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Briggs initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) that was not signed. On March 14, 2014, Mr. Briggs filed an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5) that is signed. Mr. Briggs contends his constitutional rights have been violated because his parole officer refuses to lift a parole hold.

On March 17, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Briggs to file a second amended application for a writ of habeas corpus that names his custodian as a Respondent and that clarifies the claims he is asserting. Mr. Briggs was warned that the action would be dismissed without further notice if he failed to file a second amended application within thirty days.

Mr. Briggs has failed to file a second amended application within the time allowed

and has failed to respond in any way to Magistrate Judge Boland's March 17 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the habeas corpus application (ECF No. 1) and the amended habeas corpus application (ECF No. 5) are denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Briggs failed to comply with a court order. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  23rd  day of    April         , 2014.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court